UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00545 SRM (DSR)                                    Date: March 16, 2026

Title      Bhupender Bhupender v. Jaime Rios, et al.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO VERIFY PETITION**

Petitioner, through counsel, initiated the above-captioned case on February 6, 2026, by filing his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  See Doc. No. 1. According to that Petition, Petitioner is a non-citizen being held in the custody of Respondents at the ICE facility in Adelanto, California.  Id. at pp. 6-7.  He asserts that his detention is unlawful on several legal theories and requests a Writ of Habeas Corpus ordering his immediate release or alternatively, that he be provided a bond hearing within seven days before an immigration judge. Petitioner also seeks an order that he not be re-detained absent proper notice of the reasons for revocation of his parole and that following such notice, he be provided a bond hearing before an immigration judge.  Id. at p. 14.

The Petition is unverified, however.  Thus, when Petitioner applied for an Ex Parte Temporary Restraining Order (Doc. No. 2), Judge Murillo denied the application without prejudice on the basis that Petitioner failed to meet his burden to obtain a TRO because he offered neither a verified Petition nor "any declarations of affidavits that contain information that would show he was entitled to temporary injunctive relief."  Doc. No. 8 at pp. 4-5.  Since that time, Petitioner has taken no further steps to cure that deficiency in his case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-00545 SRM (DSR)                              Date: March 16, 2026

Title       Bhupender Bhupender v. Jaime Rios, et al.

    A Petition "for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242. The Petition in this case fails to meet this requirement.  "It may be amended or supplemented as provided in the rules of procedure applicable to civil actions," however.  Id.

    Petitioner is therefore ORDRED TO SHOW CAUSE no later than 14 days from the date of this Order why this case should not be dismissed for failure to verify the Petition, as required under 28 U.S.C. § 2242.  Petitioner may satisfy this Order either by filing under Federal Rule of Civil Procedure 15(a) a First Amended Verified Petition pursuant to Federal Rule of Civil Procedure 15(a)(1), or by otherwise filing a sworn Declaration stating other good cause why this case should not be dismissed.  Alternatively, if Petitioner no longer wishes to pursue this Petition, he may file a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1).

    FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER IN A TIMELY MANNER WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |