UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BHUPENDER BHUPENDER,

                Petitioner,

       v.

JAIME RIOS, et al.,

                Respondents.

Case No. 5:26-cv-00545-SRM-DSR

**ORDER SETTING BRIEFING SCHEDULE**

Having reviewed Petitioner Bhupender Bhupender's ("Petitioner") second *ex parte* application for a temporary restraining order, Dkt. 11, the Court **ORDERS** the following:

1. Respondents must file either an opposition or notice of non-opposition to the second *ex parte* application on or before March 27, 2026.

2. Petitioner may file a reply on or before April 3, 2026.

3. Unless the court orders otherwise, Petitioner's second *ex parte* application will be deemed submitted, without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

-1-

4.　　　Petitioner's counsel must notify Respondents of this order forthwith and file a proof of service no later than March 24, 2026, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated:　March 23, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-