UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPENDER BHUPENDER,<br><br>          Petitioner,<br><br>    v.<br><br>JAIME RIOS, et al.,<br><br>          Respondents. | Case No. 5:26-cv-00545-SRM-DSR<br><br>**ORDER REGARDING THE STRIKING OF THE AMENDED AND VERIFIED PETITION FOR WRIT OF HABEAS CORPUS [13]** |

On March 23, 2026, this Court struck the Amended and Verified Petition for Writ of Habeas Corpus ("Amended Petition"). Dkt. 13. However, Magistrate Judge Daniel S. Roberts granted Petitioner leave to file an amended petition. *See* Dkt. 9 at 2. Accordingly, this Court vacates its directive in the Order Striking Amended and Verified Petition for Writ of Habeas Corpus. The Amended Petition is the operative pleading in this action.

    **IT IS SO ORDERED.**

Dated: March 24, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-